IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

David Levi Whitehead #363127 )
(full name)   (Register No). )
_____ )
_____ )    Case No. 12-3320-CV-S-RED-P
          Plaintiff(s).    )
                           )
v.                         )
                           )
Oregon County              )    Jury trial Demanded
George Underwood           )    Defendants are sued in their (check one):
(Full name)                )    ___ Individual Capacity
P.O. Box 265; Courthouse, Court Square )    ___ Official Capacity
Alton, Missouri 65606      )    _X_ Both
          Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.  Place of present confinement of plaintiff(s): Missouri Eastern Correctional Center 18701 Old Hwy 66 - Pacific, Missouri 63069

II. Parties to this civil action:
    Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff David Levi Whitehead      Register No. 363127
       Address 18701 Old Hwy 66
       Pacific, Missouri 63069

    B. Defendant George Underwood
       P.O. Box 265, Courthouse, Court Square - Alton, Missouri 65606
       Is employed as Oregon County Sheriff
       _____

    For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:12-cv-03320-RED   Document 1   Filed 07/02/12   Page 1 of 12

Page 1A

II. B.
Patrick Ledgerwood
Courthouse, Court Square
Alton, Missouri 65606
Oregon County Commissioner

Mike Crawford
Courthouse, Court Square
Alton, Missouri 65606
Oregon County Public Administrator

Kim Hollis
Courthouse, Court Square
Alton, Missouri 65606
Oregon County Treasurer

John Doe
P.O. Box 265, Courthouse, Court Square
Alton, Missouri 65606
Oregon County Sheriff's Department Head Jailer

David P. Evens
P.O. Box 406 - Courthouse, Court Square
Alton, Missouri 65606
Oregon County Judge

Fred O'Nell
P.O. Box 406 - Courthouse, Court Square
Alton, Missouri 65606
Oregon County Prosecuting Attorney

Page 1B

Stephan Ranz
1314 Webster Street
West Plains, Missouri 65775
Missouri State Public Defender

III.  Do your claims involve medical treatment?    Yes X    No ___

IV.  Do you request a jury trial?    Yes X    No ___

V.  Do you request money damages?    Yes X    No ___

   State the amount claimed?    $25 million / _____ (actual/punitive)

VI.  Are the wrongs alleged in your complaint continuing to occur?   Yes X   No ___

VII.  Grievance procedures:

   A. Does your institution have an administrative or grievance procedure?
      Yes ___    No X

   B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes ___    No X

   C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
   N/A

   D. If you have not filed a grievance, state the reasons.
   I was only there for 4 days and I do not believe they have a administrative or grievance procedure there. The jail only holds 7 inmates at max.

VIII.  Previous civil actions:

   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes ___    No X

   B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes ___    No X

   C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

      (1) Style: _____ N/A _____
              (Plaintiff)           (Defendant)
      (2) Date filed: _____ N/A _____

2

Case 6:12-cv-03320-RED   Document 1   Filed 07/02/12   Page 4 of 12

(3) Court where filed: _____N/A_____

(4) Case Number and citation: _____N/A_____

(5) Basic claim made: _____N/A_____

(6) Date of disposition: _____N/A_____

(7) Disposition: _____N/A_____
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____N/A_____
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I arrived at Oregon County Jail on May 13, 2011 in a wheelchair. I was booked in and taken back to where the cells are, but came to a door where the wheelchair would not fit through, so they made me get out and hop through the door while they folded my chair and got it through the door, then I got back in my chair and they wheeled me to the end of the hall where the holding/drunk tank is and put me in there and took my wheelchair with them. On 5/14/11 they sprayed the guy next to me with mase. I asked the jailer if I could get a breathing treatment because I was having problems breathing because of the mase and I did not have my inhalers and he told me that he would half to ask the sheriff, if I could have one, but I never

B. State briefly your legal theory or cite appropriate authority:

That they are violating handicap peoples right. They violated the Eighth Amendment of the United States Constitution (causing cruel and unusual Punishment) and the Fourteenth Amendment of the United States Constitution (were interpreted as protecting citizens from unlawful actions by state officials) and the American with Disabilities Act.

3

Case 6:12-cv-03320-RED   Document 1   Filed 07/02/12   Page 5 of 12

Page 3A

IX. A.

heard anything back from the jailer. I asked for a shower each day I was there and never got one. I had to hop on my bad ankle to get each meal and to use the restroom.

Before Oregon County even picked me up from the Missouri Department of Corrections, they was informed that I was in a wheelchair. They knew that their jail was not set up to house handicap people in wheelchairs. The Sheriff, Judge, Prosecuting Attorney and my Public Defender all said they did not care and wanted me there in person. When they knew that my case could have been done video court.

I was transported back to the Missouri Department of Corrections on May 17, 2011.

Case 6:12-cv-03320-RED   Document 1   Filed 07/02/12   Page 6 of 12

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
<u>Make it where Oregon County Jail can not house handicap people in</u>
<u>wheelchair until the jail is set up for them and the state approve them.</u>
<u>Pay money damages for pain and suffering and mental suffering.</u>

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. <u>N/A</u>

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes____ No____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
<u>Roger G. Brown & Associates</u>
<u>216 East McCarty Street</u>
<u>Jefferson City, Missouri 65101-3313</u>

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes _____   No <u>X</u>

If your answer is "Yes," state the name and address of the lawyer.
<u>N/A</u>

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this <u>27</u> day of <u>June</u> 2012.

<u>David Whitehead</u>
Signature(s) of Plaintiff(s)

4

Page 4A

XI. B.

William D. Steinmeier, P.C.
2031 Tower Drive
Jefferson City, Missouri 65109

Michael Rizzo       Law Office
P.O. Box 165317
North Kansas City, MO 64116-5317

Katherine S. Rizzo (Stinson M.H) Law Office
1201 Walnut St, Ste 2900
Kansas City, MO 64106

Baty, Holm & Numrich, P.C. Law Office
210 Plaza West Building, 4600 Madison Ave
Kansas City, MO 64112-3012

ACLU
3601 Main Street
Kansas City, MO 64111

Sanders & Simpson, P.C. Law Office
10401 Homes Road, Suite 490
Kansas City, MO 64131-3405

Siro, Smith, Dickson, P.C. Law Office
1621 Baltimore Avenue
Kansas City, MO 64108-1302

Wagstaff & Cartmell, L.L.P. Law Office
4740 Grand Avenue, Suite 300
Kansas City, MO 64112-2255

Page 4B

The Accurso Law Firm, A Professional Corporation
4646 Roanoke Parkway
Kansas City, MO 64112-1227

Ford, Parshall & Baker, L.L.C. Law Office
3210 Bluff Creek Drive
Columbia, MO 65201-3525

Oliver, Walker, Wilson Law Office
Flat Branch Center
401 Locust Street, Suite 406
Columbia, MO 65201

Bley Law Firm, P.C.
Woodrail Centre
1000 West Nifong Boulevard, Building 4, Suite 200
Columbia, MO 65203-5679

Rogers, Ehrhardt & Weber, L.L.C. Law Office
302 Campusview Drive, Suite 204
Columbia, MO 65201-7506

Walther, Antel, Stamper & Eisenher, P.C. Law Office
700 Cherry Street Second Floor
Columbia, MO 65201

Noland Law Firm L.L.C
34 Westwoods Drive
Liberty, MO 64068-3519

Parrish, Mary M. Hinchey Law Office
122 Westwoods Drive
Liberty, MO 64068-7181

Page 4C

Patton & Associates   Law Office
114 Westwoods Drive
Liberty, MO 64068-1181


Gregory R. Harrison, Law Office
Westowne Office Center, Westowne II
Liberty, MO 64068


Langdon & Emison   Law Office
911 Main Street, P.O. Box 220
Lexington, MO 64067-0220


Aull, Sherman, Worthing, Giorza & Hamilton LLC.   Law Office
Nine South 11th Street, P.O. Box 280
Lexington, MO 64067-0280


Bradley And Bradley L.L.C.   Law Office
105 South Tenth Street
Lexington, MO 64067


Yeretsky & Maher, L.L.C.   Law Office
P.O. Box 26035
Kansas City, MO 64196-6035


Deacy & Deacy, L.L.P.   Law Office
920 Main Street, Suite 1900
Kansas City, MO 64105-2010


Caskey, Hopkins & Wilhelmus, L.L.C.   Law Office
2029 Wyandotte Street, Suite 100
Kansas City, MO 64108-1971

Page 4D

Thomas R. Bellmann, P.C. Law Office
311 West Kansas Avenue
Independence, MO 64050-3715

Bartimus, Frickleton, Robertson & Gorny, P.C. Law Office
715 Swifts Highway
Jefferson City, MO 65109-2545

Brown, Cornell, Farrow LLC   Law Office
601 Monroe Street, Suite 304
Jefferson City, MO 65101-3180

David Whitehead #363127
Missouri Correctional Center 1-A-10
Eastern
18701 Old Hwy 66
Pacific, MO 63069

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the offender, please visit our website at www.doc.mo.gov.

Mailed from:
Missouri Eastern
Correctional Center

RECEIVED
2012 JUL -2 PM 1:29
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

("LEGAL MAIL")

U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106

